# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| INGENUITY13 LLC, | ) |
|     Plaintiff, | ) CASE NO.: 1:12-cv-04238 |
| v. | ) Judge: Hon. Suzanne B. Conlon |
| | ) Magistrate: Hon. Young B. Kim |
| JOHN DOE, | ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF A CERTAIN DOE DEFENDANT WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, *without* prejudice, all causes of action in this complaint against the Doe Defendant associated with Internet Protocol addresses 98.213.201.117. This Doe Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

                        Respectfully submitted,

                        INGENUITY13 LLC,

**DATED:** July 30, 2012

                        By:   /s/ Paul Duffy
                               Paul Duffy (Bar No. 6210496)
                               Prenda Law Inc.
                               161 N. Clark St., Suite 3200
                               Chicago, IL 60601
                               Telephone: (312) 880-9160
                               Facsimile: (312) 893-5677
                               E-mail: paduffy@wefightpiracy.com
                               *Attorney for Plaintiff*